Connie J. REEB f/k/a Connie J. Darby, Appellant,

v.

Robert D. DARBY, Respondent.

No. 61613.

Missouri Court of Appeals,
Eastern District,
Division One.

July 20, 1993.

Elizabeth Harris Christmas, St. Louis, for appellant.

Scott Everett Walter, Clayton, for respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Wife appeals the order of the child support entered in a decree of dissolution. She argues the court should have entered a retroactive award and further should have imputed income to Husband. We affirm in accordance with Rule 84.16(b).

We further find an opinion in this matter would have no precedential value and affirm by written order. The parties have been provided with a memorandum for their use only.

James H. HUDDLESTON, Respondent,

v.

Kathy Sue HUDDLESTON, Appellant.

No. 62033.

Missouri Court of Appeals,
Eastern District,
Division One.

July 20, 1993.

Byron Cohen, Clayton, for appellant.

James H. Huddleston, pro se.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Mother appeals the dissolution decree granting Father custody of the child of the marriage. We find the trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. Rule 84.16(b)(1).

We also determine an opinion in this matter would have no precedential value. Accordingly, we affirm by written order. A memorandum for the parties' use only has been prepared.

Judgment affirmed.